**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Daniel P Orrison | : | Chapter 13 |
| Linda M Orrison | : | |
| | : | Case No. 24-10125-PMM |
| Debtors | : | |

**RESPONSE TO MOTION FOR RELIEF OF THE AUTOMATIC STAY**

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. It is Denied that debtor/borrower is behind in the amount stated in paragraph 7 of movant's motion.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order Granting Relief from the Automatic Stay in the instant Bankruptcy matter.

Respectfully submitted,

Dated: May 28, 2024

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices
2 Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtors*